In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00230-CV


____________________



BURKE CHRISTOPHER HALE, Appellant



V.



MELISSA WELCH HALE, Appellee 


 




On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 08-02-01512-CV






MEMORANDUM OPINION



 On July 21, 2009, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. As of today the filing fee has not been
paid. Burke Christopher Hale has not filed an affidavit of indigence and has not asserted that
he cannot afford to pay the filing fee. There being no satisfactory explanation for the failure
to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. See Tex.
R. App. P. 42.3.

 APPEAL DISMISSED.

 _______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 27, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.